UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-20209-CV-WILLIAMS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FRANK HENRY DUKES,

    Defendant.

_____

### NOTICE OF COURT PRACTICE IN STUDENT LOAN CASES

**THIS MATTER** is before the Court upon a *sua sponte* examination of the record.

1. Plaintiff shall effect service of process and file proof of service by no later than May 21, 2013. All claims against any Defendant who has not been served with notice of this action by that day will be dismissed without prejudice pursuant to Rule 4(m). To the extent that service is required on a defendant located abroad, such service shall be effected on or before that date pursuant to Rule 4(f).

2. The Government shall file a *Notice of Answer Deadline* within <u>five</u> days of executing a return or waiver of service. The *Notice of Answer Deadline* shall indicate the date by which the Defendant must respond to the Complaint, calculating time according to Fed. R. Civ. P. 6 and 12.

3. If the Defendant does not respond to the Complaint by that date, the Government shall file within <u>five</u> days a *Motion for Clerk's Entry of Default*

with the Clerk of the Court. The Government shall send a copy of the motion to Defendant's counsel or to Defendant if Defendant does not have counsel and Defendant's address is known. In the certificate of service, the Government shall indicate that notice was sent and the address to which it was sent.

4. The Government's failure to file for the Clerk's entry of default within the specified time shall result in a dismissal without prejudice without further notice from the Court.

5. If at any time a consent judgment or other settlement of the case is achieved, the Government shall immediately file notice of the same.

**DONE AND ORDERED** in chambers in Miami, Florida, this 23rd day of January, 2013.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record