UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 13-20209-CV-WILLIAMS/TURNOFF

UNITED STATE OF AMERICA,

    Plaintiff,

v.

FRANK HENRY DUKES,

    Defendant.    /

**NOTICE OF ANSWER DEADLINE**
**PURSUANT TO FED. R. CIV. P. 6 and 12**

Please take notice that the Defendant, Frank Henry Dukes, was served with Summons and Complaint on the 24th day of January 2013 at or about 1:47 p.m. at 6941 NW 21st Place, Miami, FL 33147. See attached Exhibit "A". Pursuant to the Fed. R. Civ. P. 6 and 12, the Defendant has until February 13th, 2013, which is twenty (20) days from the date of service of this document to file a response to Plaintiff's Complaint in the instant case and provide Plaintiff's counsel with a copy of same.

Dated: January 28, 2013
Miami, Florida

Respectfully submitted,

_____
Steven M. Davis (Florida Bar No. 894249)
Email: sdavis@becker-poliakoff.com
121 Alhambra Plaza – 10th Floor
Coral Gables, FL 33134
Telephone: (305) 262-4433
Facsimile: (305) 442-2232
Attorneys for Plaintiff United States
of America

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by regular US Mail to Frank Henry Dukes at the address of 6941 NW 21st Place, Miami, Florida 33147 on this 28 day of January, 2013.

_____
Steven M. Davis, Esq.