UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-20209-CV-WILLIAMS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FRANK HENRY DUKES,

    Defendant.

_____

## ORDER

**THIS MATTER** is before the Court on Plaintiff's Motion for Summary Judgment (DE 7). The record indicates that Defendant was required to respond to the Complaint by February 13, 2013, based upon the representation of Plaintiff's counsel (DE 6). However, there is no indication that Defendant has appeared to defend this action and Plaintiff has not filed a motion for default judgment in accordance with the Court's January 23, 2013 order of instruction (DE 4). Therefore, Plaintiff's summary judgment motion is improper.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that Plaintiff's motion (DE 7) is **DENIED**. Within seven (7) days from the date of this order, Plaintiff shall move for default judgment. The Court notes that Plaintiff has already been warned that the "failure to file for the Clerk's entry of default within the specified time shall result in a dismissal without prejudice without further notice from the Court." (DE 4.)

DONE AND ORDERED in chambers in Miami, Florida, this ___ day of April, 2013.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record